IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:05-425 |
| | ) | |
| vs. | ) | 18 USC § 922(g)(1) |
| | ) | 18 USC § 924(a)(2) |
| **ANTHONY GRANT** | ) | 18 USC § 924(e)(1) |
| | ) | |
| | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about October 12, 2004, in District of South Carolina, the defendant, **ANTHONY GRANT**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Smith and Wesson .45 caliber pistol, .22 caliber ammunition and .45 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1).

A \_\_\_\_TRUE_____BILL

\_\_\_\_s/Foreperson_____
FOREPERSON

s/Jonathan S. Gasser
JONATHAN S. GASSER (bag)
ACTING UNITED STATES ATTORNEY

# PENALTIES

### MAXIMUM SENTENCE THIS COUNT:

§924(a)(2)
MANDATORY MINIMUM IMPRISONMENT:  N/A
MAXIMUM IMPRISONMENT:  10 YEARS
MINIMUM FINE:  N/A
MAXIMUM FINE:  $250,000.00
SUPERVISED RELEASE:  3 YEARS
SPECIAL ASSESSMENT:  $100.00

§924(e)
MANDATORY MINIMUM IMPRISONMENT:  15 YEARS
MAXIMUM IMPRISONMENT:  LIFE
MINIMUM FINE:  N/A
MAXIMUM FINE:  $250,000.00
SUPERVISED RELEASE:  5 YEARS
SPECIAL ASSESSMENT:  $100.00